**Opinion issued May 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00374-CV

———————————

**ESP RESOURCES, INC., Appellant**

**V.**

**MADOFF ENERGY HOLDINGS LLC, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-51833**

---

## MEMORANDUM OPINION

On September 23, 2014, we granted the parties' joint motion to abate the appeal to facilitate settlement of the matter. Appellant, ESP Resources, Inc., has filed a request that we dismiss the appeal, which we construe as a motion to

dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant failed to include a certificate of conference in its motion, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we reinstate the appeal, grant appellant's motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.